## White et al., Appellants, *v.* Cheong.

Argued November 14, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Herbert Somerson,* with him *Zarwin, Prince, Baum, Steerman & Somerson,* for appellants.

*Ronald N. Rutenberg,* with him *Rutenberg, Rutenberg, Rutenberg and Rutenberg,* for appellee.

OPINION PER CURIAM, March 20, 1970:

Decree affirmed. Appellants to pay costs.

MR. Chief Justice BELL took no part in the consideration or decision of this case.